UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ADAM DAUGHERTY, Individually and for Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 23-CV-2284 |
| UTILITY RESOURCE GROUP, LLC, | ) ) ) | |
| Defendant. | ) | |

### ORDER

This matter is before the court on Plaintiff's Unopposed Motion for Approval of FLSA Settlement (#21), filed pursuant to section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). In the Motion, Plaintiff asks the court to approve, as fair and reasonable, the proposed settlement reached by the parties and memorialized in the Settlement Agreement and Release ("Settlement Agreement") (#20).

Having reviewed the Motion, the Settlement Agreement, and the pleadings, exhibits, and other papers on file, and for good cause established therein, the court approves the Settlement and Settlement Agreement, and finds as follows:

1. The settlement memorialized in the Settlement Agreement filed with the court is fair, reasonable, and adequate. The Settlement is the result of arm's-length negotiations, between experienced attorneys who are familiar with collective action

litigation in general and with the legal and factual issues of this case in particular. The settlement, therefore, meets the requirements for approval.

2. The court approves the full and final extinguishment of the Released Claims of the Settlement Class Members as set forth in the Settlement Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA.

3. The court appoints, for settlement purposes, Josephson Dunlap, LLP; Bruckner Burch, PLLC; and Werman Salas, P.C. as Class Counsel for the purposes of Settlement and the releases and other obligations therein.

4. The Notice to be provided as set forth in the Unopposed Motion for Approval of FLSA Settlement is hereby found to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement. The Notice is accurate, objective, and informative, and provides the Settlement Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

5. Class Counsel is authorized to provide notice to the Settlement Class Members as specified in the Settlement Agreement.

6. Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, or comparable state laws or rules; (b) of an adjudication of the merits of this litigation; (c) of an adjudication of any of the matters subject to the Releases in

the Settlement Agreement; (d) that any party has prevailed in this case; or (e) that Defendant or the Released Parties have engaged in any wrongdoing.

7. The Unopposed Motion for Approval of FLSA Settlement (#21) is GRANTED, the proposed Settlement Agreement (#20) is APPROVED, and this matter is hereby terminated.

ENTERED this 23rd day of September, 2024.

s/Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE